UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL OH BAMM, | : : : : | |
| Plaintiff, | : | Case No. 3:20-cv-00237 |
| v. | : : | |
| SAPRANO ET AL, | : | |
| Defendants. | : : | |

### MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 7(e) of the United States District Court for the District of Connecticut, appointed pro bono counsel for the Plaintiff, Paul Oh Bamm, hereby requests that the Court allow her to withdraw as counsel, and in support thereof, states the following:

While the undersigned counsel is delighted to serve in a pro bono capacity, she is scheduled to undergo a medical surgical procedure on May 6, 2020, and recovery is expected to take several months. Therefore, the undersigned respectfully requests that any pro bono appointments be deferred until after she has recovered.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to Withdraw her as Counsel.

Dated: April 30, 2020                                    Respectfully Submitted,

 /s/Kelly A. Fitzpatrick_____
Kelly A. Fitzpatrick  (Ct29764)
Fitzpatrick Law, LLC
33 Bullet Hill Road, Suite 301B
Southbury, CT 06488
E: kelly@fitzpatricklawgroup.com
P: (203) 516-8990
F: (203) 437-7300